No. 93–5905.  HILL v. COLLINS, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A.
5th Cir.  Certiorari denied.

No. 93–5915.  HARDIN v. TEXAS.  C. A. 5th Cir.  Certiorari
denied.

No. 93–5920.  GONZALEZ v. UNITED STATES.  C. A. 3d Cir.
Certiorari denied.

No. 93–5933.  MAYER v. SECRETARY OF HEALTH AND HUMAN
SERVICES.  C. A. 3d Cir.  Certiorari before judgment denied.

No. 93–5937.  JACKSON v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 93–5938.  GOULETTE v. HUMPHREY, ATTORNEY GENERAL
OF MINNESOTA.  C. A. 8th Cir.  Certiorari denied.

No. 93–5939.  JOHNSON v. EVATT, COMMISSIONER, SOUTH CAR-
OLINA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 4th Cir.
Certiorari denied.

No. 93–5953.  McDONALD v. COLLINS, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.  Certiorari denied.

No. 93–5960.  DeBOLT v. UNITED STATES.  C. A. 6th Cir.
Certiorari denied.

No. 93–5962.  FUENTEZ, AKA FUENTES v. UNITED STATES.
C. A. 8th Cir.  Certiorari denied.

No. 93–5987.  PAUL v. COMMISSIONER OF INTERNAL REVENUE.
C. A. 3d Cir.  Certiorari denied.

No. 93–6001.  DE LEON v. UNITED STATES.  C. A. 5th Cir.
Certiorari denied.

No. 93–6007.  DE LA CRUZ v. UNITED STATES.  C. A. 1st Cir.
Certiorari denied.

No. 93–6009.  MENDOZA-BURCIAGA ET AL. v. UNITED STATES.
C. A. 5th Cir.  Certiorari denied.

No. 93–6010.  WASHINGTON v. UNITED STATES.  C. A. 8th Cir.
Certiorari denied.